# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-50539
**Case Name:** RAINTREE INVESTMENT GROUP, LLC
**For Period Ending:** 12/31/2023

**Trustee Name:** (530480) Brian R. Anderson
**Date Filed (f) or Converted (c):** 09/21/2022 (f)
**§ 341(a) Meeting Date:** 10/28/2022
**Claims Bar Date:** 01/11/2024

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exempt Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 30.067 acres as shown and described on the plat entitled "Survey for RL Scholz, LLC" as recorded in Plat Book 69, Page 66, Forsyth County Registry, Fee simple, Valuation Method: Liquidation | 475,000.00 | 41,617.00 | | 0.00 | FA | 433,383.00 | 0.00 |
| 2 | Funds from closure of Truist bank account (u) | 307.50 | 307.50 | | 307.50 | FA | 0.00 | 0.00 |
| 2 | **Assets Totals (Excluding unknown values)** | **$475,307.50** | **$41,924.50** | | **$307.50** | **$0.00** | **$433,383.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

5th QSR. 341 concluded 12/29/23. Due to the amount of funds received in the case noticing creditors was not warranted. Drafting TFR and closing case.

*Bank account open.

**Initial Projected Date Of Final Report (TFR):** 09/21/2023

**Current Projected Date Of Final Report (TFR):** 01/11/2024 (Actual)

01/12/2024
Date

/s/Brian R. Anderson
Brian R. Anderson

Copy Served On: John Paul Hughes Cournoyer
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-50539 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | RAINTREE INVESTMENT GROUP, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2782 | Account #: | ******7934 Checking |
| For Period Ending: | 12/31/2023 | Blanket Bond (per case limit): | $2,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/22 | {2} | RAINTREE INVESTMENT GROUP, LLC | Funds from Closed Bank Account with Truist Bank | 1229-000 | 307.50 | | 307.50 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 302.50 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 297.50 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 292.50 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 287.50 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 282.50 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 277.50 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 272.50 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 267.50 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 262.50 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 257.50 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 252.50 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 247.50 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 242.50 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 237.50 |

### Account

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 307.50 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 14 | Adjustments Out | 70.00 |
| | Subtotal | 307.50 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 70.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 307.50 | | | |

Page Subtotals:     $307.50     $70.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 22-50539 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | RAINTREE INVESTMENT GROUP, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2782 | **Account #:** | ******7934 Checking |
| **For Period Ending:** | 12/31/2023 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $307.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $307.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7934 Checking | $307.50 | $70.00 | $237.50 |
| | **$307.50** | **$70.00** | **$237.50** |

| | |
|---|---|
| 01/12/2024 | /s/Brian R. Anderson |
| Date | Brian R. Anderson |